UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRANDON FRANCIS                                                CIVIL ACTION

VERSUS                                                         NO. 10-781

ANTHONY P. CHAMPAGNE ET AL.                                    SECTION "S" (2)

## **O R D E R**

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

New Orleans, Louisiana, this 8th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE