# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRANDON FRANCIS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-781** |
| **ANTHONY P. CHAMPAGNE, ET AL.** | **SECTION: "S" (2)** |

## AMENDED ORDER

On April 8, 2010, the court adopted the Magistrate Judge's Report and Recommendation of March 23, 2010, that recommended that plaintiff's case be dismissed with prejudice as legally frivolous and/or for failure to state a claim. The court has since received and reviewed plaintiff's objections to the Magistrate Judge's Report and Recommendation. The plaintiff reiterates his causes of action, does not offer arguments to refute the Magistrate Judge's cited precedent and reasoning, and does not show that the requirements of Heck v. Humphry, 512 U.S. 477 (1994), are met. Thus, the objections are overruled.

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

New Orleans, Louisiana, this  17th  day of May, 2010.

*[signature]*
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**